| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | **FILED**<br>**CLERK**<br>1:02 pm, Jun 16, 2021<br>**U.S. DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>**LONG ISLAND OFFICE** |

-------------------------------------------------- X

MICHELLE TENZER-FUCHS, on behalf of herself and all others similarly situated,

            Plaintiff,

v.

VRAI & ORO, LLC,

           Defendant.

-------------------------------------------------- X

Civil Action No. 2:21-cv-01913-SJF-ARL

**STIPULATION OF DISMISSAL**
 <u>**WITH PREJUDICE**</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michelle Tenzer-Fuchs ("Plaintiff") and Defendant Vrai & Oro, LLC. ("Defendant"), by and through Plaintiff's undersigned counsel and Defendant's undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: New York, New York
         June 16, 2021

| **SEYFARTH SHAW LLP** | **SHALOM LAW, PLLC** |
|---|---|
| By _/s/ Meredith-Anne M. Berger_____ | By _/s/ Jonathan Shalom_____ |
| Meredith-Anne M. Berger | Jonathan Shalom |
| 620 8th Avenue, 32nd Floor | 105-13 Metropolitan Avenue |
| New York, NY 10018 | Forest Hills, NY 11375 |
| Telephone: (212) 218-5500 | Telephone: (718) 971-9474 |
| *Attorneys for Defendant*<br>*Vrai & Oro, LLC* | *Attorneys for Plaintiff*<br>*Michelle Tenzer-Fuchs* |

        Case closed.
        SO ORDERED.
        /s/ JMA, USDJ
        6/16/2021